WADJA LAW GROUP, APC
Nicholas M. Wajda (SBN # 259178)
6167 Bristol Parkway
Suite 200
Culver City, California
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-mail: nick@wajdalawgroup.com
*Attorney for the Plaintiff*

MAURICE WUTSCHER LLP
Philip H. Franklin (SBN 76446)
155 N. Riverview Drive, Suite 100
Anaheim Hills, California 92808
Tel. (657) 223-6487
Facsimile: (866) 581-9302
E-mail: pfranklin@mauricewutscher.com

*Attorney for Defendants Credit Control, LLC*
*& LVNV Funding, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL C. PRESCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT CONTROL, LLC and LVNV FUNDING, LLC,<br><br>    Defendants. | Case No. 2:20-cv-01077-JAM-EFB<br><br>**ORDER** |

    Plaintiff, NATHANIEL C. PRESCOTT ("Prescott"), and Defendants, CREDIT CONTROL, LLC ("Credit Control") and LVNV FUNDING, LLC by and through their respective counsel having filed their Joint Motion to Vacate Judgment and Dismiss Case and the Court having reviewed the same, now finds:

  1. That the above cause of action is hereby dismissed, with prejudice. Each party to bear its own costs and attorney fees.

2. The judgment the Clerk of the Court entered on August 6, 2020 shall be vacated.

Dated: 9/24/2020

                                                 /s/ John A. Mendez
                                                 Judge, U.S. District Court